No. 397. Ex parte Fernando E. Martínez, Peticionario.— Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en febrero 16, 1914. Resuelto en marzo 3, 1914. Aprobada dicha fianza. El peticionario compareció en nombre propio.

No. 418. Ex parte Gerónimo Casta Fornés, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en febrero 25, 1914. Resuelto en marzo 10, 1914. Aprobada dicha fianza. El peticionario compareció en nombre propio.

No. 389. Ex parte Enrique Lefebre, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en marzo 9, 1914. Resuelto en marzo 16, 1914. Aprobada dicha fianza en sustitución de la otra fianza otorgada por la misma compañía el 13 de mayo de 1913. El peticionario compareció en nombre propio.

No. 60. Ex parte Pascasio Fajardo Cardona, Peticionario.—Solicitud para que se decrete la cancelación de la fianza notarial hipotecaria constituída por Rogelio Martínez Castro por escritura otorgada en Mayagüez el 15 de junio de 1909. Resuelto en abril 8, 1914. Denegada la solicitud por no haberse seguido el procedimiento que exige la Ley No. 69 de marzo 9, 1911, enmendada por la ley No. 50 de marzo 7, 1912. El peticionario compareció por escrito en nombre propio.